IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 13–29–BLG–DWM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| RICARDO ANDRE ROSS, | |
| Defendant. | |

United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation in this matter on November 15, 2013. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Ostby recommended this Court accept Ricardo Andre Ross's guilty plea after Ross appeared before her pursuant to Federal Rule of Criminal

Procedure 11, and entered his plea of guilty to Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) (Count I), as charged in the Indictment. Ross also pled true to the criminal forfeiture allegation in the Indictment and conceded to entry of a preliminary order of forfeiture regarding the property subject to that allegation.

I find no clear error in Judge Ostby's Findings and Recommendation (Doc. 32), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Ricardo Andre Ross's motion to change plea (Doc. 23) is GRANTED.

DATED this 3rd day of December, 2013.

/s/ Donald W. Molloy
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT