IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 13-29-BLG-BMM |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RICARDO ANDRE ROSS, | |
| Defendant. | |

Defendant/Movant having filed a Motion to Vacate Resentencing and Impose Sentence without Requirement of Transport or Personal Appearance, there being no objection from the Government, and good cause appearing;

IT IS HEREBY ORDERED the Resentencing Hearing, currently set for June 15, 2017, shall be and is hereby VACATED. IT IS FURTHER HEREBY ORDERED that this Court will re-sentence Mr. Ross without requiring his personal appearance.

DATED this 1st day of May, 2017.

_____
Brian Morris
United States District Court Judge